NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In re Commitment of Devin R. Allen. | ) |
| ———————————————————— | ) |
| | ) |
| DEVIN R. ALLEN, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )  Case No. 2D18-1910 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| ———————————————————— | ) |

Opinion filed August 9, 2019.

Appeal from the Circuit Court for Pinellas
County; Paul A. Levine, Judge.

Howard L. Dimmig, II, Public Defender, and
Carol J. Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.